IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  NO. 4:22-CR-020-GHD-JMV

NICOLE J. WATKINS  DEFENDANT

## ORDER DENYING DEFENDANT'S MOTION TO DISMISS INDICTMENT

Pursuant to an opinion issued this day, it is hereby ORDERED that Defendant's motion to dismiss indictment [17] is DENIED.

It is SO ORDERED, this, the 19 day of July, 2022.

_____
SENIOR U.S. DISTRICT JUDGE